No. 543.  Federal Power Commission et al. *v.* Arkansas Power & Light Co.

Argued March 5, 1947.  Decided March 10, 1947.  *Per Curiam:* Judgment reversed on the ground that respondent has failed to exhaust its administrative remedies.  *Myers* v. *Bethlehem Shipbuilding Corp.,* 303

U. S. 41; *Macauley* v. *Waterman S. S. Corp.,* 327 U. S. 540. *Howard E. Wahrenbrock* argued the cause for petitioners. With him on the brief were *Acting Solicitor General Washington, Robert L. Stern, Lambert McAllister* and *Louis W. McKernan. A. J. G. Priest* argued the cause for respondent. With him on the brief were *P. A. Lasley, Sidman I. Barber* and *B. H. Dewey, Jr.* By special leave of Court, *Wyatt Cleveland Holland,* Assistant Attorney General, argued the cause for the State of Arkansas. With him on the brief were *Guy E. Williams,* Attorney General, *H. Cecil Kilpatrick,* and the Attorneys General of the States of Alabama, Connecticut, Georgia, Indiana, Kansas, Kentucky, Louisiana, Maine, Minnesota, Mississippi, Nebraska, New Hampshire, New Jersey, New Mexico, Nevada, North Carolina, North Dakota, Oregon, South Dakota, Tennessee, Texas, Utah, Vermont, Washington, Wisconsin and Wyoming, as *amici curiae.* ▪